[No. 42036-8-II.   Division Two.   September 18, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. XAVIER MICHAEL MAGANA, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 09-1-03325-2, Frank E. Cuthbertson, J., entered March 25, 2011. *Affirmed* by unpublished opinion per Van Deren, J., concurred in by Worswick, C.J., and Hunt, J.

[No. 42064-3-II.   Division Two.   September 18, 2012.]

*In the Matter of the Personal Restraint of* GUADALUPE SOLIS DIAZ, JR., *Petitioner*.

Petition for relief from personal restraint. *Remanded* by unpublished opinion per Quinn-Brintnall, J., concurred in by Van Deren and Penoyar, JJ.

[No. 42107-1-II.   Division Two.   September 18, 2012.]

*In the Matter of the Custody of* M.W.F.

JUDY CAIN, *Respondent*, v. BARBARA ST. LOUIS, *Appellant*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 09-3-00148-1, F. Mark McCauley, J., entered April 8, 2011. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Quinn-Brintnall, J., concurred in by Johanson, A.C.J., and Van Deren, J.

[No. 42158-5-II.   Division Two.   September 18, 2012.]

JAMES L. BRUMMETT, *Appellant*, v. WASHINGTON'S LOTTERY ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Thurston County, No. 11-2-00327-0, Carol Murphy, J., entered May 20, 2011. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Worswick, C.J., and Johanson, J. Now published at 171 Wn. App. 664.